UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> vs. <br><br> Patricia Sierra <br> Defendant(s) | 08CR2251-W <br><br> CRIMINAL NO. 08mj1452 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 10083298 |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

Claudia Monica Moya-Garcia
(MW Arr 6/25/08)

DATED: 7/8/08

RECEIVED _____ DUSM

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk