```
 1  KAREN P. HEWITT
    United States Attorney
 2  CHRISTOPHER P. TENORIO
    Assistant U.S. Attorney
 3  California State Bar No. 166022
    880 Front Street, Room 6293
 4  San Diego, California 92101-8893
    Telephone: (619) 557-7843/(619) 557-7381 (Fax)
 5  Email: Christopher.Tenorio@usdoj.gov

 6  Attorneys for Plaintiff
    United States of America
 7
```

8                       UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,      )    **NOTICE OF APPEARANCE**
                                   )
11                     Plaintiff,  )   CASE NO.  08CR2251-W
                                   )   JUDGE:    HON. THOMAS J. WHALEN
12           v.                    )   COURT:    COURTROOM 7
                                   )
13  PATRICIA SIERRA,               )
                                   )
14                     Defendant.  )
    _____)
15

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17     I, the undersigned attorney, enter my appearance as lead counsel

18  in the above-captioned case.  I certify that I am admitted to

19  practice in this court or authorized to practice under Civ. L. R.

20  83.3.c.3-4.

21     Please call me if you have any questions about this notice.

22     DATED:   August 5, 2008

23                                     Respectfully submitted,

24                                     KAREN P. HEWITT
                                       United States Attorney
25

26                                      s/ *Christopher P. Tenorio*
                                       CHRISTOPHER P. TENORIO
27                                     Assistant U.S. Attorney

28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>PATRICIA SIERRA,<br><br>        Defendant. | **CERTIFICATE OF SERVICE**<br><br>CASE NO.  08CR2251-W<br>JUDGE:    HON. THOMAS J. WHALEN<br>COURT:    COURTROOM 7 |

IT IS HEREBY CERTIFIED THAT:

    I, CHRISTOPHER P. TENORIO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the defendant's attorney by electronically filing the foregoing with the Clerk of the District Court.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on August 5, 2008

                                      s/ *Christopher P. Tenorio*
                                      CHRISTOPHER P. TENORIO
                                      Assistant U.S. Attorney

2